IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

**AFFIDAVIT IN SUPPORT OF A WARRANT TO ARREST**

I, Kevin Lyons, a Law Enforcement Agent with the United States Border Patrol (USBP) and Federal Bureau of Investigation (FBI), being duly sworn, depose and state:

**INTRODUCTION AND AGENT BACKGROUND**

1. I am a Law Enforcement Agent with the USBP assigned to the Detroit Sector Intelligence Unit, with over 17 years of law enforcement experience, duly appointed according to law and acting as such. I have investigated both criminal and administrative violations of our nation's immigration laws. I have successfully completed the United States Border Patrol Academy at the Federal Law Enforcement Training Center in Artesia, New Mexico. I am currently assigned to the Joint Terrorism Task Force as a Task Force Agent (TFA) with the FBI. I was formerly assigned as a TFA to the Drug Enforcement Administration Toledo Resident Agency from 2021 to 2023.

2. Your Affiant has investigated the commission of federal crimes involving criminal offenses and national security matters to include counterintelligence investigations, violent crimes, immigration offenses, and drug trafficking. In the course of these duties, your Affiant has participated in numerous federal search and arrest operations and conducted associated interviews which have resulted in the collection of evidence and admissions of criminal violations.

3. I make this application in support of an arrest warrant for Anthony Emmanuel LABRADOR-Sierra, a citizen and national of Venezuela, who is suspected of violating Title 18, United States Code, Sections 922(g)(5)(A) (Possession of a Firearm by

an Alien Unlawfully in the United States), 922(a)(6) (False Statement during the Purchase of a Firearm), and 1001(a)(3) (False Document).

    4.    This affidavit contains information necessary to support probable cause for this application. This affidavit is not intended to include each and every fact and matter observed or known by me.

## APPLICABLE LAW

**Title 18, United States Code, Section 922(g)(5)(A)**

Elements:

1. The defendant knowingly possessed a firearm;
2. At the time the defendant possessed the firearm, he was illegally or unlawfully in the United States;
3. The defendant knew he was illegally or unlawfully in the United States; and
4. The possession of the firearm was in or affecting interstate or foreign commerce.

**Title 18, United States Code, Section 922(a)(6)**

Elements:

1. The defendant knowingly made a false oral or written statement, or furnished or exhibited any false, fictitious or misrepresented identification, to a federally licensed firearms dealer;
2. The false statement or misrepresented identification was made in connection with the acquisition or attempted acquisition of a firearm; and
3. The statement was intended or likely to deceive such firearms dealer with respect to a fact material to the lawfulness of the sale of the firearm to the defendant.

**Title 18, United States Code, Section 1001(a)(3)**

Elements:

1. The defendant used or made a false writing;

2. The writing contained a statement that was false, fictitious, or fraudulent;

3. The statement was material;

4. The defendant acted knowingly and willfully; and

5. The writing pertained to a matter within the jurisdiction of the Executive Branch of the United States government.

## PROBABLE CAUSE

5. On May 19, 2025, officers from the Perrysburg Police Department (Perrysburg PD) contacted the USBP for assistance with identifying a Venezuelan national named Anthony LABRADOR-Sierra, a suspect in a fraud investigation. At the time of the request, LABRADOR-Sierra was enrolled as a student at Perrysburg High School. In his Perrysburg Schools enrollment documents submitted in January of 2024, LABRADOR-Sierra claimed to be a 16-year-old teen born in 2007 and presented a Venezuelan birth certificate stating the same. LABRADOR-Sierra was investigated after Perrysburg Schools reported to the Perrysburg PD that they had received information that LABRADOR-Sierra was in actuality a 24-year-old man who had enrolled as a teen student under false pretenses.

6. On May 19, 2025, Perrysburg Police contacted LABRADOR-Sierra's legal guardians, K.M. and B.M. Officers learned that K.M. and B.M. had assumed guardianship of LABRADOR-Sierra in March of 2024 believing he was a homeless teen immigrant. K.M. stated that she was recently contacted by an adult woman named E.C. who stated that LABRADOR-Sierra is not a juvenile and is in fact 24 years old. E.C. stated that she has a two-year-old daughter with LABRADOR-Sierra. E.C. sent a photo via text to K.M. depicting an Ohio driver's license belonging to LABRADOR-Sierra with LABRADOR-Sierra's date of birth listed as March 27, 2001.

7. K.M. and B.M. stated that after receiving this information, they searched LABRADOR-Sierra's bedroom at their house in Perrysburg, Ohio, and discovered the following items under the mattress of the bed used by LABRADOR-Sierra:

    a. One Tracfone prepaid cellular phone;

    b. One Michigan driver's license,[1] later identified as being fraudulent, bearing LABRADOR-Sierra's photo, name, and a date of birth of March 27, 1999;

    c. United States currency;

    d. One Taurus 9mm G3C semiautomatic pistol bearing serial number ADB992567; and

    e. Three loaded 9mm magazines.

8. K.M. and B.M. stated that they provided the Taurus handgun, ammunition, and magazines to their attorney R.F., who in turn provided the items to Perrysburg PD on April 25, 2025. R.F. did not provide any information to Perrysburg PD regarding the origin of the firearm, citing attorney-client privilege. Later, K.M. and B.M. emailed Perrysburg PD photos of the above-mentioned items they found under the mattress belonging to LABRADOR-Sierra including a photo showing the Taurus 9mm semiautomatic pistol with serial number ADB992567.

9. Publicly available information indicates that Taurus 9mm G3C firearms are manufactured in the Country of Brazil and the State of Georgia. The specific firearm referenced above is stamped as having been manufactured in the State of Georgia.

---

[1] K.M. and B.M. advised Perrysburg Police that they had destroyed the Michigan driver's license because they believed it was fake and did not want LABRADOR-Sierra to use it. K.M. and B.M. provided a picture of the driver's license to Perrysburg PD. LABRADOR-Sierra later confirmed to investigators that the driver's license was fake and that he had obtained it online.

10. I entered LABRADOR-Sierra's identifiers into Customs and Border Protection (CBP) databases which revealed the information detailed below:

    a. On or about September 24, 2019, LABRADOR-Sierra entered the United States at the Miami International Airport in Florida. LABRADOR-Sierra presented a B1/B2 Nonimmigrant Tourist Visa and Venezuelan passport number XXXXXX885. The visa permitted LABRADOR-Sierra to stay in the United States until March 23, 2020. The date of birth listed for LABRADOR-Sierra on the Venezuelan passport he used to enter the United States, shown below and issued in 2010 (when LABRADOR-Sierra was eight), was March 27, 2001:



The date of birth listed for LABRADOR-Sierra on the visa, shown below and issued in 2013 (when LABRADOR-Sierra was twelve), was also March 27, 2001:



The 2001 birth date indicated that LABRADOR-Sierra was 18 years old when he entered the United States. Consistent with that age, his picture at entry, from nearly six years ago, is depicted below:



  b.  When he entered the United States, LABRADOR-Sierra had a return flight scheduled for November 30, 2019. CBP database checks revealed that LABRADOR-Sierra did not board the return flight on November 30, 2019.

  c.  Between 2021 and 2025, LABRADOR-Sierra applied for Temporary Protective Status (TPS) and/or Employment Authorization Documents (EAD) to United States Citizenship and Immigration Services (USCIS) on three separate occasions. LABRADOR-Sierra initially applied for TPS and EAD and listed his previously stated date of birth of March 27, 2001. In particular:

    i.  On April 21, 2021, LABRADOR-Sierra signed, under penalty of perjury, an application for TPS and EAD stating that his date of birth was March 27, 2001. The application was mailed and submitted from Oregon, Ohio, on April 27,

2021.  LABRADOR-Sierra was granted TPS following the application, but that status expired on September 9, 2022.

  d. Later, LABRADOR-Sierra submitted two additional applications, this time using a different and younger date of birth, of December 2, 2007.  In particular:

    i. On February 27, 2024, LABRADOR-Sierra signed, under penalty of perjury, an application for TPS and EAD stating that his date of birth was December 2, 2007.  The application was mailed and submitted from the University of Toledo College of Law in Toledo, Ohio, on February 29, 2024.  The application for TPS is currently designated as in-process.

    ii. On February 3, 2025, LABRADOR-Sierra signed, under penalty of perjury, an application for EAD again stating that his date of birth was December 2, 2007.  The application was mailed and submitted from 2 Maritime Plaza in Toledo, Ohio, on March 25, 2025.

  9. Based on the above, LABRADOR-Sierra has no lawful status to allow him to purchase, own, or possess a firearm in the United States.

  10. An Alcohol, Tobacco, Firearms, and Explosives (ATF) trace report performed on the Taurus 9mm semiautomatic pistol bearing serial number ADB992567 revealed that the firearm was purchased on July 21, 2022, at Bass Pro Shops Outdoor World in Rossford, Ohio.  Agents obtained the Form 4473 used to purchase the firearm from Bass Pro Shops.  On the form, LABRADOR-Sierra listed his date of birth as March

27, 2001. The trace report revealed LABRADOR-Sierra utilized Ohio driver's license VK024469 to purchase the firearm. A copy of that driver's license, shown below, also shows a date of birth of March 27, 2001:



Furthermore, on the subject Form 4473, LABRADOR-Sierra stated the following in response to certain relevant questions:

    a. checked box number 19 indicating that his "Country of Citizenship" was "United States of America (U.S.A.)"[2];

    b. checked the box marked "No" in response to the question, "Are you an alien illegally or unlawfully in the United States?";

    c. did not fill in the field following the prompt that, "If you are an alien, record your U.S.-issued alien or admission number";

    d. checked the box marked "No" in response to the question, "Are you an alien who has been admitted to the United States under a nonimmigrant visa?" despite entering under a B1/B2 nonimmigrant visa; and

---

[2] The Form 4473 indicates that individuals may also check this box if they are nationals of the United States, a status not relevant here. "[B]irth in certain United States territories is the only path to noncitizen national status." United States v. Sierra-Ledesma, 645 F.3d 1213, 1226 (10th Cir. 2011)

      e.   did not fill in the subsequent field, further inquiring regarding the nonimmigrant visa question, "If you are such an alien, do you fall within any of the exceptions stated in the instructions?"

LABRADOR-Sierra signed the ATF Form 4473 attesting that the information provided was true, correct, and complete, and acknowledging that he understood that making any false, oral, or written statements or exhibiting any false or misrepresented identification is a crime punishable as a felony under federal law.  In addition to other prohibitions, the attestation field immediately preceding LABRADOR-Sierra's signature specifically stated that a person who answers "yes" to the question regarding entry under a nonimmigrant visa "is prohibited from receiving or possessing a firearm" unless an exception and supporting documentation is provided.

    11.   Information received from the Ohio Bureau of Motor Vehicles (BMV) indicates that on September 23, 2021, LABRADOR-Sierra applied for and was issued Ohio driver's license VK024469.  On the driver's license application LABRADOR-Sierra claimed to be a "TEMPORARY RESIDENT (NON-U.S. CITIZEN)".

## CONCLUSION

    12.   Based upon the above information, there is probable cause to believe that Anthony Emmanuel LABRADOR-Sierra violated Title 18, United States Code, Sections:

      a.   922(g)(5)(A) when he possessed the Taurus 9mm pistol despite being legally prohibited from doing so,

      b.   922(a)(6) when he falsely averred on a Form 4473, among other statements, information regarding his citizenship and status when he purchased the Taurus 9mm pistol, and

      c.      1001(a)(3) when he submitted false material information regarding his date of birth in connection with applications for TPS and EAD to USCIS.

The information contained in this Affidavit is true and correct to the best of my knowledge and belief.

_____
Kevin Lyons
Border Patrol Intelligence Agent
United States Border Patrol

Sworn to via telephone on this 22nd day of May, 2025 after submission by reliable electronic means.  Fed.R.Crim.P. 4.1 and 41(d)(3).

_____
Darrell A. Clay
United States Magistrate Judge