IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

**FILED**
JUN 25 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ANTHONY EMMANUEL LABRADOR )<br>SIERRA, )<br>)<br>Defendant. )<br>) | INDICTMENT<br><br>CASE NO. **3:25 CR 307**<br><br>Title 18, United States Code,<br>Sections 922(a)(6), (g)(5)(A),<br>924(a)(2), (a)(8), 1001(a)(3), and<br>2<br><br>**JUDGE KNEPP** |

COUNT 1
(Possession of a Firearm by an Alien Unlawfully in the United States,
18 U.S.C. §§ 922(g)(5)(A) and 924(a)(8))

The Grand Jury charges:

1. On or about April 24, 2025, in the Northern District of Ohio, Western Division, Defendant ANTHONY EMMANUEL LABRADOR SIERRA, knowing he was an alien illegally and unlawfully in the United States, knowingly possessed in and affecting interstate commerce a firearm, to wit: a Taurus G3C 9mm semiautomatic pistol, bearing serial number ADB992567, said firearm having been shipped and transported in interstate and international commerce, in violation of Title 18, United States Code, Sections 922(g)(5)(A) and 924(a)(8).

COUNT 2
(False Statement During Purchase of a Firearm,
18 U.S.C. §§ 922(a)(6) and 924(a)(2))

The Grand Jury further charges:

2. On or about July 21, 2022, in the Northern District of Ohio, Western Division, Defendant ANTHONY EMMANUEL LABRADOR SIERRA, in connection with the acquisition of a firearm, to wit: a Taurus G3C 9mm semiautomatic pistol, bearing serial number


ORIGINAL

ADB992567, from a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement, which statement was intended and likely to deceive the firearms dealer as to a fact material to the lawfulness of the sale of the said firearm to LABRADOR SIERRA under Chapter 44, Title 18, United States Code, in that LABRADOR SIERRA did knowingly state and represent on a Federal Firearms Transaction Record, that is, an ATF Form 4473, that LABRADOR SIERRA was a citizen or national of the United States of America, that LABRADOR SIERRA was not illegally or unlawfully in the United States, and that LABRADOR SIERRA was not an alien who had entered the United States under a nonimmigrant visa, all of which statements were untrue, in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

COUNTS 3-4
(Making or Using False Writings or Documents,
18 U.S.C. § 1001(a)(3))

The Grand Jury further charges:

3. On or about the dates listed below, in the Northern District of Ohio, Western Division, Defendant ANTHONY EMMANUEL LABRADOR SIERRA, did willfully and knowingly make and use a false writing and document, knowing the same to contain a materially false, fictitious, and fraudulent statement and entry in a matter within the jurisdiction of the Executive Branch of the Government of the United States:

| Count | Date | Application | False Statement |
|---|---|---|---|
| 3 | February 29, 2024 | Temporary Protected Status and Employment Authorization | Date of Birth of December 2, 2007 |
| 4 | March 25, 2025 | Employment Authorization | Date of Birth of December 2, 2007 |

well knowing and believing that the stated date of birth was false, in violation of Title 18, United States Code, Section 1001(a)(3), and 2.

## FORFEITURE

The Grand Jury further charges:

4.  The allegations of Counts 1 and 2 are hereby re-alleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c). As a result of the foregoing offenses, Defendant ANTHONY EMMANUEL LABRADOR SIERRA shall forfeit to the United States any and all firearms and ammunition involved in or used in the commission of the violations charged in Counts 1 and 2 including, but not limited to, the following:

   a. a Taurus G3C 9mm semiautomatic pistol, bearing serial number ADB992567, and ammunition.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.